IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| KYLE ANDERSON, | ) | CAUSE NO.: 2:15-cv-00083-JVB-PRC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| C.R. ENGLAND, INC., | ) | |
| PREMIERE TRUCK DRIVING SCHOOL, | ) | |
| JOHN DOES 1-5, JOHN DOES 6-10, | ) | |
| and JOHN DOES 11-15 | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Kyle Anderson and Defendants C.R. England, Inc. and Premier Truck Driving School (incorrectly named as Premiere Truck Driving School), by their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a), hereby jointly stipulate to the voluntary dismissal of this action with prejudice, with each party bearing its own costs and attorneys' fees.

TUESLEY HALL KONOPA LLP

By: */s/ Michael J. Hayes*
    Michael J. Hayes
    Attorneys for Plaintiff

212 E. LaSalle Ave., Suite 100
South Bend, IN 46617
mhayes@thklaw.com

NESENOFF & MILTERNBERG, LLP

By: */s/ Megan S. Goddard*
    Megan S. Goddard
    Attorneys for Plaintiff

363 Seventh Avenue, 5th Floor
New York NY 10001
mgoddard@nmllplaw.com

                                        FROST BROWN TODD LLC

                                        By: */s/ Heather L. Wilson*
                                              Heather L. Wilson, #20432-41
                                              Attorneys for Defendants C.R. England, Inc.
                                              and Premier Truck Driving School

FROST BROWN TODD LLC
201 N. Illinois St., Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
hwilson@fbtlaw.com

LR12462.0625820   4828-5403-0122v1